UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hartley Beckford

Case No.: 11-43244-KCF

Hearing Date: 11/9/2016

Judge: KCFerguson

Chapter: 13

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
TO REINSTATE CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   A motion or application having been filed on _____June 21_____, 20 _16_ by _Allen I Gorski for Hartley Beckford_ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*