**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hartley Beckford

| | |
|---|---|
| Case No.: | 11-43244-KCF |
| Hearing Date: | 11/9/2016 |
| Judge: | KCFerguson |
| Chapter: | 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO REINSTATE CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____June 21_____, 20 16  by __Allen I Gorski for Hartley Beckford_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Hartley Beckford  
    Debtor

Case No. 11-43244-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 10, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.  
db           +Hartley Beckford,    515 W Ingham Ave,    Trenton, NJ 08638-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:  
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert    Russo    docs@russotrustee.com  
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Allen I Gorski    on behalf of Debtor Hartley   Beckford agorski@gorskiknowlton.com  
          Anthony J. Risalvato    on behalf of Creditor    ONEWEST BANK, FSB  
           anthony.risalvato@buckleymadole.com,    nj_ecf_notices@buckleymadole.com  
          Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for  
           HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series SPMD 2002-B jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of  
           the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2002-B, Home Equity Mortgage Loan  
           Asset-Backed Certificates, Series SPMD 2002-B under t NJ_ECF_Notices@buckleymadole.com  
                                                                                TOTAL: 7